USDS
DOCUM...
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 9, 2008

**BY FAX: (212) 805-7927**

The Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

JUL - 9 2008

Re: Adekoya v. Fed. Bureau of Prisons, et al., 08 Civ. 1484 (NRB)

Dear Judge Buchwald:

I am the Assistant United States Attorney assigned to the above-referenced case, a Bivens action brought by pro se plaintiff Prince A.Z.K. Adekoya II against the Federal Bureau of Prisons ("BOP") and eight current and former BOP employees in their personal capacities. I write to respectfully request an additional forty-five days, from July 14, 2008, to August 28, 2008, to answer or move with respect to the complaint in this action.

Due to the nature of plaintiff's suit, the Government is attempting to contact each of the defendants in order to determine whether this Office will be representing them in this action. However, to date, we have not yet completed this process. Accordingly, the Government respectfully requests a forty-five day extension of time to respond to the complaint.

This is the Government's first request for an extension. Because plaintiff is currently incarcerated, the Government has not contacted him to obtain his consent.

*[Handwritten endorsement in right margin: Application Granted. So Ordered. Naomi Reice Buchwald USDJ 7/14/08]*

We thank the Court for its consideration of this request.

            Respectfully,

            MICHAEL J. GARCIA
            United States Attorney

By: *[signature]*

            KRISTIN L. VASSALLO
            Assistant United States Attorney
            Tel.: (212) 637-2822
            Fax: (212) 637-2730

cc:    Prince A.Z.K. Adekoya II
       A # 097513560
       Perry County Correctional Center
       Route 2 Box 176 Hwy 80
       Uniontown, Alabama 36786
       (Via Federal Express)